IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
NOV - 2 2021
JAMIE GIANI, Clerk
By
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 6:21CR60038-001 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 13 and |
| | ) | A.C.A. § 5-13-202(a)(3)(B) |
| DAVID JOHN MUELLER | ) | 18 U.S.C. §§ 115(a)(1)(B) and (b)(4) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about April 14, 2021, in the Western District of Arkansas, Hot Springs Division, in the special maritime and territorial jurisdiction of the United States, namely, the Hot Springs National Park, land acquired for the use of the United States, the Defendant, DAVID JOHN MUELLER, did recklessly cause serious physical injury to another person while operating and in actual physical control of a motor vehicle and at the time the Defendant, DAVID JOHN MUELLER, was intoxicated and the alcohol concentration in his breath was more than 0.08,

All in violation of Title 18, United States Code, Section 13, and Arkansas Code Annotated Section 5-13-202(a)(3)(B).

### COUNT TWO

On or about April 14, 2021, in the Western District of Arkansas, Hot Springs Division, the Defendant, DAVID JOHN MUELLER, did threaten to assault and murder Federal law enforcement officer Justin Bradbury, a United States National Park Law Enforcement Ranger, with

the intent to impede, intimidate, interfere with, and retaliate against Justin Bradbury while he was engaged in and on account of the performance of his official duties,

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

A True Bill.

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson
Grand Jury Foreperson

By: _____
Kenneth Elser
Assistant United States Attorney
Arkansas Bar No. 89184
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail: Kenny.Elser@usdoj.gov